ORIGINAL

MARC T.G. DWORSKY (State Bar No. 157413)
KATHERINE K. HUANG (State Bar No. 219798)
KRISTINA L. WILSON (State Bar No. 247829)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Marc.Dworsky@mto.com
Katherine.Huang@mto.com
Kristina.Wilson@mto.com

Attorneys for Plaintiffs
PLAINFIELD DIRECT INC. and
CUNEO CAPITAL PARTNERS I LLC

FILED
08 JUL 25 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINFIELD DIRECT INC., a Delaware corporation, and CUNEO CAPITAL PARTNERS I LLC, a Connecticut limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTA WATER COMPANY, INC., a California corporation,<br><br>Defendant. | CASE NO. '08 CV 1350 LAB NLS<br><br>PLAINTIFF PLAINFIELD DIRECT INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2 |

5610802.1

Plaintiff Plainfield Direct Inc.'s
Notice of Party With Financial Interest

1  |  Pursuant to Local Rule 40.2, Plaintiff Plainfield Direct Inc. ("Plainfield"), by and
2  |  through its undersigned counsel of record, states and certifies the following:
3  |      1.  Plainfield's parent company is Plainfield Direct Holdings, LLC.
4  |      2.  No publicly held company owns 10% or more of the interest in Plainfield,
5  |  either directly or indirectly.

8  |  DATED: July 25, 2008      MUNGER, TOLLES & OLSON LLP

10 |  By: *Katherine Huang*
   |      KATHERINE K. HUANG

12 |  Attorneys for Plaintiff
   |  PLAINFIELD DIRECT INC. and
   |  CUNEO CAPITAL PARTNERS I LLC