ORIGINAL

FILED
08 JUL 25 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EC
              DEPUTY

1  MARC T.G. DWORSKY (State Bar No. 157413)
   KATHERINE K. HUANG (State Bar No. 219798)
2  KRISTINA L. WILSON (State Bar No. 247829)
   MUNGER, TOLLES & OLSON LLP
3  355 South Grand Avenue
   Thirty-Fifth Floor
4  Los Angeles, CA  90071-1560
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702
   Marc.Dworsky@mto.com
6  Katherine.Huang@mto.com
   Kristina.Wilson@mto.com
7
   Attorneys for Plaintiffs
8  PLAINFIELD DIRECT INC. and
   CUNEO CAPITAL PARTNERS I LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINFIELD DIRECT INC., a Delaware corporation, and CUNEO CAPITAL PARTNERS I LLC, a Connecticut limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PENTA WATER COMPANY, INC., a California corporation,<br><br>          Defendant. | CASE NO. '08 CV 1350 LAB NLS<br><br>PLAINTIFF CUNEO CAPITAL PARTNERS I LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO L.R. 40.2 |

5611665.1

Plaintiff Cuneo Capital Partners I LLC's
Notice of Party With Financial Interest

1 | Pursuant to Local Rule 40.2, Plaintiff Cuneo Capital Partners I LLC ("Cuneo Capital"), by and through its undersigned counsel of record, states and certifies the following:

1. Cuneo Capital has no corporate parents.

2. No publicly held company owns 10% or more of the interest in Cuneo Capital, either directly or indirectly.

DATED: July 25, 2008

MUNGER, TOLLES & OLSON LLP

By: /s/ Katherine Huang
KATHERINE K. HUANG

Attorneys for Plaintiff
PLAINFIELD DIRECT INC. and
CUNEO CAPITAL PARTNERS I LLC

5611665.1

- 2 -

Plaintiff Cuneo Capital Partners I LLC's
Notice of Party With Financial Interest