AO 440 (Rev. 04/08) Civil Summons

FILED
08 JUL 28 PM 1:26
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL    DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of California

PLAINFIELD DIRECT INC., a Delaware corporation, and CUNEO CAPITAL PARTNERS I LLC, a Connecticut limited liability company,
    Plaintiff
    v.
PENTA WATER COMPANY, INC., a California corporation
    Defendant

Civil Action No. 08 CV-1350 LAB NLS

## Summons in a Civil Action

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Mark T.G. Dworsky, Esq.
    Katherine K. Huang, Esq.
    Munger, Tolles & Olson LLP
    355 So. Grand Avenue, 35th Floor
    Los Angeles, CA 90071

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. SAMUEL HAMRICK, JR.

JUL 2 8 2008
Date: _____

Name of clerk of court
LOYD
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*