Frank L. Tobin (Bar No. 166344)
flt@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendant,
PENTA WATER COMPANY, INC., a California corporation

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINFIELD DIRECT INC., a Delaware corporation, and CUNEO CAPITAL PARTNERS I LLC, a Connecticut limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PENTA WATER COMPANY, INC., a California corporation,<br><br>Defendant. | Case No.: 08-CV-1350-LAB (NLS)<br><br>AMENDED PROOF OF SERVICE<br><br>Judge: Hon. Larry A. Burns<br><br>Complaint Filed:  July 25, 2008 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101.

On August 15, 2008, I served the within documents:

**ANSWER OF PENTA WATER COMPANY, INC. TO COMPLAINT FOR BREACH OF CONTRACT, OPEN BOOK ACCOUNT, ACCOUNT STATED, AND MONEY LENT OR PAID**

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

AMENDED PROOF OF SERVICE
08-CV-1350-LAB (NLS)

☐ by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

☐ by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below.

☐ by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)

| | |
|---|---|
| Marc T.G. Dworsky<br>Katherine K. Huang<br>Kristina L. Wilson<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>(213) 683-9100/Fax: (213) 687-3702<br>Marc.Dworsky@mto.com<br>Katherine.Huang@mto.com<br>Kristina.Wilson@mto.com | Attorneys for Plaintiffs PLAINFIELD DIRECT INC., and CUNEO CAPITAL PARTNERS I LLC |

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008, at San Diego, California.

_____
Barbara Culp

AMENDED PROOF OF SERVICE
08-CV-1350-LAB (NLS)

108542/000001/954108.01